Dismissed and Memorandum Opinion filed April 15, 2004









Dismissed and Memorandum Opinion filed April 15, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01429-CV

____________

 

IN THE
INTEREST OF A.R.M. and J.M.G., MINOR CHILDREN

 

 



 

On Appeal from the
315th District Court

Harris County, Texas

Trial Court Cause
No. 02-07311J

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 10, 2003 in
a suit for termination of parental rights. 
On April 7, 2004, appellant, the Texas Department of Family &
Protective Services (formerly the Texas Department of Protective &
Regulatory Services), filed a motion to dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 15, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.